

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00088-CR

———————————————————

MOISES VALDEZ, JR., Appellant

V.

THE STATE OF TEXAS

---

On Appeal from County Criminal Court No. 1
Tarrant County, Texas
Trial Court No. 1753103

---

Before Sudderth, C.J.; Wallach and Walker, JJ.
Memorandum Opinion by Justice Wallach

## MEMORANDUM OPINION

After Appellant Moises Valdez, Jr. filed his notice of appeal, we twice abated for the trial court to hold a hearing to determine, among other matters, whether Valdez wanted to pursue his appeal, whether he was indigent, and if he was indigent, whether he wanted an attorney appointed to represent him in this appeal. During the hearing on the second abatement, Valdez told the trial court that he did not want to pursue his appeal. The trial court confirmed that Valdez's choice would remain the same even if the court found him indigent and appointed him an attorney.

Valdez has not moved to voluntarily dismiss his appeal under Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). However, Valdez stated on the record at the second abatement hearing that he did not want to pursue this appeal, and he approved the trial court's making a finding to that effect. Accordingly, based on the record before us, we hold that good cause exists to suspend Rule 42.2(a) in this case, and we dismiss this appeal. *See* Tex. R. App. P. 2; *Detwiler v. State*, No. 02-18-00457-CR, 2019 WL 984179, at \*1 (Tex. App.—Fort Worth Feb. 28, 2019, no pet.) (mem. op., not designated for publication); *Lawson v. State*, No. 2-06-204-CR, 2007 WL 495165, at \*1 (Tex. App.—Fort Worth Feb. 15, 2007, no pet.) (per curiam) (mem. op. and jdmt, not designated for publication).

/s/ Mike Wallach
Mike Wallach
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  November 9, 2023